IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30920
_____


ANGELA WILLIAMS

      Plaintiff - Appellant

  v.

H U B ENTERPRISES, INC; ADVANCED INSURANCE ADMINISTRATION

      Defendants - Appellees

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CV-1541
--------------------
August 14, 2000

Before KING, Chief Judge, and REYNALDO G. GARZA and PARKER,
Circuit Judges.

PER CURIAM:[*]

    The district court correctly granted summary judgment for

defendant-appellee Advanced Insurance Administration, Inc., but

erred in granting summary judgment for the defendant-appellee HUB

Enterprises, Inc.  The record permits only one conclusion and

that is that HUB, in its capacity as the administrator under the

HUB employee benefit plan, abused its discretion in denying

plaintiff-appellant Angela Williams' claim.  See Vega v. National

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>Life Ins. Services, Inc.</u>, 188 F. 3d 287 (5th Cir. 1999). The district court should, therefore, have entered summary judgment on liability for Williams.

The district court's judgment in favor of Advanced Insurance Administration, Inc. is AFFIRMED. The district court's judgment in favor of HUB Enterprises, Inc. is REVERSED and the case is remanded with instructions to enter judgment on liability for the plaintiff-appellant, Angela Williams, and to determine damages and whether Williams is entitled to attorney's fees. Each party shall bear its own costs.